

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA         :
        - v. -                   :
                                      07 Cr. ____
RASHIDUL ISLAM,                  :
    a/k/a "Mohammad Abdul",
                                      INDICTMENT
        Defendant.               :

                                 :
- - - - - - - - - - - - - - - - - -x
```

07 CRIM 654

### COUNT ONE

The Grand Jury charges:

1. On or about August 29, 2006, in the Southern District of New York, the defendant, RASHIDUL ISLAM, also known as "Mohammad Abdul", the defendant, unlawfully, willfully, and knowingly did make false statements under oath, in a case, proceeding, and matter relating to, and under, and by virtue of a law of the United States relating to naturalization, citizenship, and registry of aliens, to wit, ISLAM made the following underlined false statements to an immigration officer of the Department of Homeland Security, United States Citizenship and Immigration Services, during his naturalization interview:

Q: Have you ever used any other names?

A: <u>No.</u>

　　　　　*　　*　　*

Q: When and where did you first enter the United States?

A: <u>New York; 1995.</u>

　　　　　*　　*　　*

Q: Had you been in the United States before that at any time?

A: <u>No.</u>

Q: Have you ever filed any other applications for immigrant benefits, e.g. to enter or to obtain residency status in the United States?

A: <u>No.</u>

* * *

Q: Have you ever given any false or misleading information to any U.S. government official?

A: <u>No.</u>

Q: Have you ever lied to any U.S. government official?

A: <u>No.</u>

Q: Is everything you've told me today correct and true?

A: <u>Yes</u>.

(Title 18, United States Code, Section 1015(a).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RASHIDUL ISLAM,
a/k/a "MOHAMMAD ABDUL"

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 1015(a))


MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

Post 11-1-87
7/18/09
Filed Ind.
Ellis, J.