

*called*

U.S. Department of Justice

United States Attorney
Southern District of New York

[USDC SDNY ELECTRONICALLY FILED DOC # DATE FILED: 10/12/07]

2007

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 11, 2007

**BY FACSIMILE – (212) 805-7942**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Re:   United States v. Mohammad Abdul (a/k/a "Rashidul Islam")
      07 Cr. 654 (AKH)

*The conference is adjourned, and time is excluded, to October 26, 2007, at 11:00am.*

*10-11-07*
*/s/ A.K. Hellerstein*

Dear Judge Hellerstein:

This matter is scheduled for a status conference on October 12, 2007. The parties have been actively negotiating an agreed-upon disposition of the case and believe that an agreement is close to completion. Additionally, defense counsel advised the Government late yesterday that he will be traveling on October 12. For these reasons, the Government and defense counsel jointly request that tomorrow's conference be adjourned for two weeks, at which time the parties expect to be able to report as to whether a disposition has been reached.

The Government respectfully requests that time be excluded under the Speedy Trial Act from today through the date of the rescheduled status conference, so that the parties can continue to work toward an early disposition of the case. Defense counsel consents to this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:  /s/ Lee Renzin
Lee Renzin
Assistant U.S. Attorney
(212) 637-2723
(212) 637-2527 (Facsimile)

cc:   Labe Richman, Esq. (By Facsimile – (212) 267-2129)

**MEMO ENDORSED**

TOTAL P.02