U.S. Department of Justice



United States Attorney
Southern District of New York

2007

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 16, 2007

**BY FACSIMILE – (212) 805-7942**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Re:  United States v. Mohammad Abdul (a/k/a "Rashidul Islam")
     07 Cr. 654 (AKH)

Dear Judge Hellerstein:

This matter is scheduled for a status conference on October 26, 2007. The Government has concluded that the prosecution of the defendant should be deferred. On October 15, the Government requested the U.S. Pre-Trial Services Agency to conduct an investigation to determine whether it agrees that such a disposition is appropriate. This investigation typically takes at least thirty days to complete. Accordingly, the parties respectfully request that the October 26 status conference be adjourned for a period of thirty days.

The Government respectfully requests that time be excluded under the Speedy Trial Act from today through the date of the rescheduled status conference, so that the parties can continue to work toward an early disposition of the case. Defense counsel consents to this request.

*[Handwritten endorsement: Conf is adjourned, all time is excluded, to November 30, 2007 at 10:45 a.m. 10-16-07 /s/ AKH]*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

**MEMO ENDORSED**

By: _____
    Lee Renzin
    Assistant U.S. Attorney
    (212) 637-2723
    (212) 637-2527 (Facsimile)

cc:  Labe Richman, Esq. (By Facsimile – (212) 267-2129)

TOTAL P.02