

NOV 1 5 2007

ALVIN K

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2007

*[handwritten notes]*
*the conf. is adjourned,
notice is extended
to Dec. 30, 2007,
at 9:30 a.m.
11-15-07
AKH*

**BY HAND**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

> Re:  United States v. Mohammad Abdul (a/k/a "Rashidul Islam")
>       07 Cr. 654 (AKH)

Dear Judge Hellerstein:

This matter is scheduled for a status conference on November 30, 2007. As the Government previously advised Your Honor, the Government has concluded that the prosecution of the defendant should be deferred. On October 15, the Government requested the U.S. Pre-Trial Services Agency to conduct an investigation to determine whether it agrees that such a disposition is appropriate. Yesterday, Pre-Trial Services advised defense counsel that it will not complete the investigation by November 30. Accordingly, the parties respectfully request that the November 30 status conference be adjourned until date convenient for the Court on or after December 14, 2007.

The Government respectfully requests that time be excluded under the Speedy Trial Act from today through the date of the rescheduled status conference, so that the parties can continue to work toward an early disposition of the case. Defense counsel consents to this request.

**MEMO ENDORSED**

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Lee Renzin
Assistant U.S. Attorney
(212) 637-2723
(212) 637-2527 (Facsimile)

cc:    Labe Richman, Esq. (By Facsimile – (212) 267-2129)