USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :       NOLLE PROSEQUI

           -v.-                     :       07 Cr. 654 (AKH)

Mohammad Abdul (a/k/a               :
"Rashidul Islam"),
                                    :
           Defendant.
                                    :
- - - - - - - - - - - - - - - - x

       1.    The filing of this <u>nolle prosequi</u> will dispose of this case with respect to MOHAMMAD ABDUL (a/k/a "Rashidul Islam"), the defendant.

       2.    On July 18, 2007, Criminal Indictment 07 Cr. 654 (AKH) was filed in the Southern District of New York, charging MOHAMMAD ABDUL (a/k/a "Rashidul Islam"), the defendant, with making false statements under oath in a case, proceeding, and matter relating to, and under, and by virtue of a law of the United States relating to naturalization, citizenship, and registry of aliens, in violation of Title 18, United States Code, Section 1015(a).

       3.    MOHAMMAD ABDUL (a/k/a "Rashidul Islam") entered into a deferred prosecution agreement with the government, under which prosecution was deferred during the term of his good behavior and satisfactory compliance with the agreement for the period of six months from the signing of the agreement on December 20, 2007.

       4.    MOHAMMAD ABDUL (a/k/a "Rashidul Islam") has fully

complied with the terms and conditions of the agreement, and it has been concluded that further prosecution of this case would not be in the interests of justice.

    5.   In light of the foregoing, I recommend that an order of nolle prosequi be filed as to MOHAMMAD ABDUL (a/k/a "Rashidul Islam"), the defendant, with respect to Criminal Indictment 07 Cr. 654 (AKH).

                                     _____
                                     Lee Renzin
                                     Assistant United States Attorney
                                     (212) 637-2723

Dated:     New York, New York
            June 25, 2008

       Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed as to MOHAMMAD ABDUL (a/k/a "Rashidul Islam"), the defendant, with respect to Indictment 07 Cr. 654 (AKH).

                                     _____
                                     MICHAEL J. GARCIA
                                     United States Attorney
                                     Southern District of New York

Dated:     New York, New York
            June 23, 2008

SO ORDERED:

                                   _____
                                     HON. ALVIN K. HELLERSTEIN
                                     United States District Judge
                                     Southern District of New York

Dated:     New York, New York
            June 26, 2008

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**MOHAMMAD ABDUL (a/k/a "Rashidul Islam"),**

Defendant.

---

**NOLLE PROSEQUI**

07 Cr. 654 (AKH)

(18 U.S.C. § 1015(a))

                                       **MICHAEL J. GARCIA**
                                   United States Attorney.